UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STANLEY SACKEYFIO,           )<br>                                              )<br>         Plaintiff,                        )<br>                                              )           CIVIL ACTION NO.<br>VS.                                         )<br>                                              )           3:10-CV-1469-G<br>TOM J. VILSACK, Secretary of  )<br>Department of Agriculture,        )<br>                                              )<br>         Defendant.                     ) | |

### ORDER

Plaintiffs' unopposed motion for extension of time to file response to defendant's motion for summary judgment (docket entry 16) is **GRANTED**. Plaintiff shall electronically file his response no later than **August 25, 2011**. Defendant shall electronically file his reply no later than **September 8, 2011**.

   **SO ORDERED**.

August 17, 2011.

*(signature)*
**A. JOE FISH**
**Senior United States District Judge**